# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| **CHAD E. MATHIS, M.D.,** ) | |
| ) | |
| *Plaintiff* ) | Case No. 1:18-cv-01893-WTL-DLP |
| ) | |
| *v.* ) | Judge William T. Lawrence |
| ) | |
| **METROPOLITAN LIFE INSURANCE** ) | Magistrate Judge Doris L. Pryor |
| **CO. a/k/a METLIFE, SOURCE** ) | |
| **BROKERAGE, INC., and LEE D.** ) | |
| **MOORE,** ) | |
| ) | |
| *Defendants* ) | |

## METROPOLITAN LIFE INSURANCE COMPANY'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), by its attorney, Jacqueline J. Herring of Smith von Schleicher & Associates, submits its Motion to Dismiss Plaintiff's Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6):

1. Plaintiff is insured under a disability income insurance Policy issued by MetLife. In his Amended Complaint, he asserts claims for negligence and breach of contract.

2. Plaintiff has no legally viable claim for negligence, and his negligence claim is time barred and/or barred by the doctrine of contributory negligence.

3. Plaintiff's breach of contract claim is not ripe and is contractually prohibited by the terms of the Policy.

WHEREFORE, Defendant Metropolitan Life Insurance Company respectfully requests dismissal of the Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

Jacqueline J. Herring (IL-6282246)     By:  */s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES         Attorney for Defendant,
180 North LaSalle St. Suite 3130            Metropolitan Life Insurance Company
Chicago, Illinois 60601
P  312.541.0300  |  F  312.541.0933
jackie.herring@svs-law.com

## CERTIFICATE OF SERVICE

I certify that on August 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Robert E. Saint, Esq.
Emswiller, Williams, Noland & Clarke, LLC
8500 Keystone Crossing, Suite 500
Indianapolis, IN 46240-2461
rsaint@ewnc-law.com

Anthony L. Holton
Reminger Co., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
aholton@reminger.com

Kari H. Halbrook
Lewis, Brisbois, Bisgaard & Smith, LLP
50 East 91st Street, Suite 104
Indianapolis, IN 46240
kari.halbrook@lewisbrisbois.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246